1  Julia Donoho, Esq. (SBN 263966)
   LEGAL CONSTRUCTS
2  8593 Zinfandel Dr.
3  Windsor, CA 95492
   (707) 849-4116
4  jdonoho@legalconstructs.com
5  Attorney for Plaintiff

6

7               UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
8

9  Julia DONOHO                              )  Case Number: C15-01392-WHO
                                              )
10     Plaintiff,                             )
                                              )
11     vs.                                    )  **STIPULATION AND**
                                              )  **ORDER FOR CONTINUANCE OF**
12 COUNTY OF SONOMA, a public entity          )  **HEARING FOR DEFENDANTS'**
   Ed BUONACCORSI, and individual,            )  **MOTION TO DISMISS**
13 and Paula SHIMIZU, an individual,          )
                                              )  DATE: September 16, 2015
14                                            )  TIME: 2:00 PM
15     Defendant(s).                          )  COURT: Room 2, 17th Floor
                                              )  JUDGE: Hon. William H. Orrick
16                                            )
                                              )
17

18
                        **STIPULATION FOR CONTINUANCE**
19

20       Plaintiff Julia Donoho and Defendants County of Sonoma, Ed Buonaccorsi, and Paula

21 Shimizu come now to request this Court to continue the scheduled hearing on Defendants'

22 Motion to Dismiss, currently scheduled for September 17, 2015, to September 30, 2015, 2:00

23 PM, in Courtroom 2, 17th Floor at 450 Golden Gate Avenue, San Francisco.  Plaintiff has not yet

24 filed their opposition papers to Defendants' Motion to Dismiss.  Pursuant to the continued

25 Hearing date, Plaintiff's opposition papers will be due September 2, 2015, and Defendants' reply

26

27 papers will be due September 9, 2015.

28

Dated: 8/12/15

*Julia Donoho*

Julia Donoho, LEGAL CONSTRUCTS
Attorney for Plaintiff

SENNEFF FREEMAN & BLUESTONE, LLP

Dated: 8/12/15    */s/ Bonnie A. Freeman*
Bonnie A. Freeman
Attorney for Defendants County of Sonoma,
Ed Buonaccorsi, Paula Shimizu

## ORDER

Pursuant to Stipulation of the Parties, it is hereby ordered that the Hearing for Defendants' Motion to Dismiss is continued from September 16, 2015, at 2:00 PM, to September 30, 2015, at 2:00 PM, in Courtroom 2, 17th Floor at 450 Golden Gate Avenue, San Francisco. Plaintiff's opposition papers are due September 2, 2015, and Defendants' reply papers will be due September 9, 2015.

Dated: August 13, 2015

Hon. William H. Orrick
United States District Judge