Julia Donoho (SBN 263966)
**LEGAL CONSTRUCTS**
8593 Zinfandel Dr.
Windsor, CA 95492
(707) 849-4116
*jdonoho@legalconstructs.com*
Pro Se, Attorney for Plaintiff

Bonnie A. Freeman, Esq. (SBN 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3749
Santa Rosa, CA 95402
Phone: (707) 526-4250
Fax: (707) 526-0347
bfreeman@sennefflaw.com

Attorneys for Defendants County of Sonoma, Ed Buonaccorsi,
and Paula Shimizu

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DONOHO,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, a public entity<br>ED BUONACCORSI, an individual,<br>PAULA SHIMIZU, an individual,<br><br>Defendants. | Case Number: C15-01392-WHO<br><br>**STIPULATION FOR DISMISSAL OF THE FOURTH AND FIFTH CAUSES OF ACTION OF THE FIFTH AMENDED COMPLAINT** |

WHEREAS plaintiff filed her Fifth Amended Complaint on July 22, 2015, which contains five causes of action; and

WHEREAS on August 5, 2015, defendants filed a Motion to Dismiss the Fourth Cause of action brought solely against defendant Ed Buonaccorsi and the Fifth Cause of Action against defendant Paula Shimizu; and

WHEREAS the parties have met and conferred regarding the Motion to Dismiss, the parties hereby STIPULATE to the following:

1. That the Fourth Cause of Action (Intentional Infliction of Emotional Distress) brought solely against Ed Buonaccorsi be dismissed without prejudice.
2. That the Fifth Cause of Action (Interference with Prospective Economic Advantage and Violation of Govt. Code §19680(c) against defendant Paula Shimizu be dismissed without prejudice.
3. That the hearing on defendants' Motion to Dismiss scheduled for September 30, 2015 at 2:00 p.m. is vacated.
4. That the remaining defendant(s) will file an answer to the Fifth Amended Complaint within 10 days of entry of an order dismissing the Fourth Cause of Action and the Fifth Cause of Action of plaintiff's Fifth Amended Complaint.
5. Each party shall bear its own fees and costs.

Dated: September 10, 2015          SENNEFF FREEMAN & BLUESTONE, LLP

By: /s/ Bonnie A. Freeman
Bonnie A. Freeman
Attorneys for Defendants County of Sonoma, Ed Buonaccorsi and Paula Shimizu

Dated: September 11, 2015          JULIA DONOHO

By: /s/ Julia Donoho
Julia Donoho, LEGAL CONSTRUCTS
Pro Se, Attorney for Plaintiff

Case No. CIV-15-10392 WHO: STIPULATION FOR DISMISSAL OF 4TH AND 5TH CAUSES OF ACTION

## ORDER

Pursuant to the parties' stipulation, the Fourth Cause and Fifth Cause of Action of the Fifth Amended Complaint are dismissed, with each party to bear its own fees and costs. The hearing on Defendants' Motion to Dismiss, scheduled for September 30, 2015, at 2:00 p.m. is hereby vacated.

Defendant County of Sonoma shall answer the Fifth Amended Complaint within 10 days of service of this order.

IT IS SO ORDERED.

Dated: September 15, 2015

_____
Hon. William H. Orrick
United States District Court Judge