Julia Donoho (SBN 263966)
**LEGAL CONSTRUCTS**
8593 Zinfandel Dr.
Windsor, CA 95492
(707) 849-4116
*jdonoho@legalconstructs.com*
Pro Se, Attorney for Plaintiff

Bonnie A. Freeman, Esq. (SBN 180502)
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3749
Santa Rosa, CA  95402
Phone: (707) 526-4250
Fax: (707) 526-0347
bfreeman@sennefflaw.com
Attorney for Defendant County of Sonoma

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DONOHO, | Case Number: C15-01392-WHO |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE SUBJECT TO SETTLEMENT AGREEMENT** |
| vs. | |
| COUNTY OF SONOMA, a public entity | |
| Defendant. | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## SUBJECT TO SETTLEMENT AGREEMENT

Plaintiff JULIA DONOHO, with stipulation of defendant COUNTY OF SONOMA, hereby dismisses the above-entitled action pursuant to F.R.C.P. Rule 41 with prejudice, subject to the Court retaining jurisdiction to enforce the agreement.

1  Each party shall bear its own fees and costs.

2

3  Dated: May 5, 2016                    SENNEFF FREEMAN & BLUESTONE, LLP

4

5

6  By:    /s/ Bonnie A. Freeman
         Bonnie A. Freeman
7        Attorneys for Defendant County of Sonoma

8  Dated: May 4, 2016                    JULIA DONOHO

9

10

11

12  By: _____
13      Julia Donoho, LEGAL CONSTRUCTS
        Pro Se, Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CIV-15-01392 WHO: **STIPULATION FOR DISMISSAL SUBJECT TO SETTLEMENT AGREEMENT**

**ORDER**

Pursuant to the parties' stipulation, the action is dismissed with prejudice, subject to the Court retaining jurisdiction to enforce the settlement agreement. Each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated:  May 9 , 2016



Hon. William H. Orrick
United States District Court Judge